UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ELOUISA PIMENTAL AND JOSE DE LA CRUZ,

Defendants.

21-cr-451 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

An arraignment is scheduled for **July 27, 2021 at 10:30 am**, via teleconference, using dial in: 888 363-4749 with access code: 8140049. Because a continuance is in the interest of justice and is needed to ensure the availability of the parties and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **July 13, 2021** until **July 27, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
July 13, 2021

John G. Koeltl
United States District Judge