UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                              21 Cr. 451 (JGK)

ELOUISA PIMENTAL and JOSE DE LA DRUZ       ORDER

                  Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **October 12, 2021** at **10:00 a.m.**

    Because a continuance is needed to allow for the Government to make discovery and for the defendants to review it, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **July 27, 2021,** until **October 12, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            July 27, 2021

                                                    _____
                                                     John G. Koeltl
                                              United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2021
```