UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                 - against -             21 Cr 451 (JGK)  *(JSR)*
                                                              ORDER

ELOUISA PIMENTAL,
                Defendant.
------------------------------------------------------------------x

       Honorable Jed S. Rakoff, United States District Judge sitting in Part I, orders as follows:

       The Defendant Elouisa Pimental moves to be released on bail. The Government opposed the motion. The defendant consented to receive a COVID-19 vaccine. After briefing and argument the Defendant's motion is GRANTED.

       The Defendant Elouisa Pimental will be released on her signature to her Aunt's home in Mount Vernon, New York once all the following conditions are met:

1. The Defendant must execute a $100,000 bond co-signed by two Financially Responsible Persons, one of which must be a member of her family.
2. The Defendant shall be placed under home detention to be enforced by location monitoring technology to be determined by Pretrial Services. Any trips outside the home must be approved in writing by in advance by Pretrial Services.
3. The Defendant will reside with her Aunt in Mount Vernon, New York.
4. The Defendant is permitted to self-install the monitoring equipment under the direction and instruction of Pretrial Services.
5. The Defendant will be supervised by Pretrial Services as directed.

6. The Defendant will submit to drug testing and treatment as directed by Pretrial Services.

7. The Defendant's travel is restricted to the Southern and Eastern Districts of New York.

8. The Defendant must receive her initial Moderna or Pfizer inoculation or the Johnson & Johnson COVID-19 vaccination prior to her release from Bureau of Prison custody. If the defendant receives a Moderna or Pfizer inoculation, she must receive a second inoculation within one month after the first inoculation, although she must only receive the first inoculation prior to release.

9. The Defendant must surrender all travel documents and make no new applications for new travel documents with supervised by Pretrial Services.

_____
The Honorable Jed S. Rakoff
United States District Judge

Part I

Dated:   New York, New York
         August 17, 2021