# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 20, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/20/21

RE: United States v. Pimental
    21 Cr 451 (JGK)

Dear Judge Koeltl:

The defense writes with the consent of Pretrial Services and the Government to respectfully request modification of Ms. Pimentel's bail conditions. The defense respectfully requests the Court remove the condition of home detention enforced by GPS monitoring and substitute it with a curfew and GPS monitoring.

Ms. Pimentel was granted bail by Judge Rakoff sitting in Part I on August 17, 2021. Her conditions include: a $100,000 bond co-signed by two financially responsible people, she must reside with her aunt in Mount Vernon, NY, pretrial supervision as directed by Pretrial Services, home detention enforced by electronic monitoring, receiving a COVID-19 vaccination, and the other standard conditions of release. Since her release from the MDC, Ms. Pimentel has been fully compliant with all conditions of her release.

The defense makes this request to allow Ms. Pimentel the ability to walk daily for her health, which has been deteriorating since her incarceration and flexibility in her ability to seek employment. Pretrial and the Government both consent to this modification.

Case 1:21-cr-00451-JGK   Document 21   Filed 09/20/21   Page 2 of 2
Case 1:21-cr-00451-JGK   Document 20   Filed 09/20/21   Page 2 of 2

United States v. Pimental, 21 Cr 451 (JGK)                                    Page 2 of 2

                Respectfully submitted,

                Ian Marcus Amelkin
                Assistant Federal Defender
                52 Duane Street, 10th Floor
                New York, NY 10007
                (212) 417-8733
                ian_marcus_amelkin@fd.org

cc:    Kevin Mead, Esq.
        Assistant U.S. Attorney