# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 29, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   United States v. Pimental
      21 Cr 451 (JGK)

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/29/21

Dear Judge Koeltl:

The defense writes at the request of Pretrial Services and with the consent of the Government to clarify that Ms. Pimental's curfew should be enforced by location monitoring as determined by Pretrial Services rather than by GPS monitoring. The defense respectfully orders that change in language in Ms. Pimental's bail conditions. Since being placed on curfew she has been fully complaint.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733
ian_marcus_amelkin@fd.org

cc:   Kevin Mead, Esq.
      Assistant U.S. Attorney