March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      -v-

        Elouisa Pimental ,

                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -CR- 451 ( JGK ) (     )

Defendant _____Elouisa Pimentel_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
For Elouisa Pimentel
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Elouisa Pimental
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Ian Marcus Amelkin
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

10/14/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge