UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA

       - against -                     21-cr-451 (JGK)

ELOUISA PIMENTAL and JOSE DE LA        ORDER
CRUZ,

              Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the Court sets the following schedule:

    Defense motions, if any, are due by **December 17, 2021**. The government must respond by **January 7, 2022**. The defendants must reply by **January 17, 2022**.

    The government must produce any Fed. R. Evid. 404(b) evidence by **February 4, 2022**.

    Motions in limine, voir dire, and requests to charge are due by **February 11, 2022**. Responses are due by **February 18, 2022**.

    The final pre-trial conference will be held on **March 15, 2022 at 4:00 p.m.**

    Trial will begin on **March 21, 2022 at 9:00 a.m.**

    Because a continuance is needed to allow the parties to discuss a disposition short of trial, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively

excludes the time from today, **October 14, 2021,** until **March 15, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    New York, New York
             October 14, 2021

                                    _____
                                    John G. Koeltl
                                    United States District Judge