# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 14, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/15/21

RE: <u>United States v. Pimental</u>
    21 Cr 451 (JGK)

Dear Judge Koeltl:

The defense writes to respectfully request modification of Ms. Pimentel's bail conditions. The defense requests that Ms. Pimentel be permitted to reside with her cousin in Lawrence, Massachusetts, and be supervised in the District of Massachusetts. Pretrial services and the Government have no objection to this request.

Ms. Pimentel was granted bail by Judge Rakoff sitting in Part I on August 17, 2021. Her conditions include: a $100,000 bond co-signed by two financially responsible people, she must reside with her aunt in Mount Vernon, NY, pretrial supervision as directed by Pretrial Services, home detention enforced by electronic monitoring, receiving a COVID-19 vaccination, and the other standard conditions of release. On September 20, 2021, your Honor removed the condition of home detention and substituted it with curfew to be enforced by electronic monitoring. Since her release from the MDC and transition to curfew, Ms. Pimentel has been fully compliant with all conditions of her release.

The defense makes this request so Ms. Pimentel may live with her cousin, Maximo Lopez. This is the most supportive environment for Ms. Pimentel, as she has immediate family in Lawrence who can help her find and maintain employment. Pretrial and the Government both do not object to this modification.

United States v. Pimental, 21 Cr 451 (JGK)                              Page 2 of 2

                                              Respectfully submitted,

                                              Ian Marcus Amelkin
                                              Assistant Federal Defender
                                              52 Duane Street, 10th Floor
                                              New York, NY 10007
                                              (212) 417-8733
                                              ian_marcus_amelkin@fd.org

cc:     Kevin Mead, Esq.
        Assistant U.S. Attorney